UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
GABRIEL DEVIA, *individually*
*and on behalf of others similarly situated*    CASE NO:   1:24-cv-03863-BMC

*Plaintiff(s)*,

vs.

LYSBETH REALTY ASSOCIATES, LLC,
a New York limited liability company,
WENJON ASSOCIATES, LLC, a New York
limited liability company,
WENDI BLACK STRIER, an individual,
ALYSSA BLACK, an individual,
and ELAINE BROWNSTEIN, an individual,

*Defendants.*
----------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiff, GABRIEL DEVIA, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendants, LYSBETH REALTY ASSOCIATES, LLC, and WENJON ASSOCIATES, LLC, dated December 6, 2024, which is attached hereto as Exhibit "A".

DATED this **13th** day of **December**, 2024.

**Law Offices of Nolan Klein, P.A.**
*Attorneys for Plaintiff*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (954) 745-0588

By: _____
NOLAN KLEIN, ESQ.
(NK4223)
klein@nklegal.com
amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **13th** day of **December,** 2024.

By: _____
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**CONCEPCION A. MONTOYA, ESQ.**
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 471-6200
cmontoya@hinshawlaw.com
*Attorney for Defendants*