UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
GABRIEL DEVIA, *individually*
*and on behalf of others similarly situated*      CASE NO**:**    1:24-cv-03863-BMC

*Plaintiff(s)*,

vs.                                               **JUDGMENT**

LYSBETH REALTY ASSOCIATES, LLC,
a New York limited liability company,
WENJON ASSOCIATES, LLC, a New York
limited liability company,
WENDI BLACK STRIER, an individual,
ALYSSA BLACK, an individual,
and ELAINE BROWNSTEIN, an individual,

*Defendants.*
---------------------------------------------------------X

**WHEREAS**, on or about December 6, 2024, Defendants, LYSBETH REALTY ASSOCIATES, LLC, and WENJON ASSOCIATES, LLC, extended to Plaintiff, GABRIEL DEVIA, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Two Hundred and Fifteen Thousand Dollars and Zero Cents ($215,000.00); GABRIEL DEVIA, accepted that offer, and filed the offer, and their acceptance thereof, with this Court; and

**WHEREAS,** Plaintiff has voluntarily dismissed his claims as against Defendants Wendi Black Strier, Alyssa Black and Elaine Brownstein, pursuant to the Notice of Voluntary Dismissal Without Prejudice, dated November 27, 2024; and

WHEREAS, on December 2, 2024, the Court terminated Defendants Wendi Black Strier, Alyssa Black and Elaine Brownstein from this lawsuit;

**NOW, THEREFORE**, pursuant to Fed. R. Civ. P. 68, it is hereby ORDERED and ADJUDGED, that Plaintiff, GABRIEL DEVIA, have judgment against Defendants,

2

LYSBETH REALTY ASSOCIATES, LLC, and WENJON ASSOCIATES, LLC, jointly and severally, in the amount of Two Hundred and Fifteen Thousand Dollars and Zero Cents ($215,000.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case in its entirety.

DATED: Brooklyn, New York
December 17, 2024.

**BRENNA B. MAHONEY**
**CLERK OF COURT**

by: *Jalitza Poveda*
      **Deputy Clerk**